IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 4:05cr31-SPM

IZELL TYRONE BOOTH, JR.,

      Defendant.

_____/

## ORDER ON PRETRIAL MATTERS

In accordance with paragraphs H and I of the Order Setting Trial and Other

Pre-trial Matters (doc. 6), it is

ORDERED AND ADJUDGED:

1.      Each party shall file, on or before Thursday, December 1, 2005, a

witness list that includes a brief summary of each witness's testimony and an

estimate of the length of time that testimony will take to present.

2.      The parties shall confer regarding jury instructions and a verdict form

and prepare a set of proposed instructions and verdict form for submission to the

Court at the attorney conference at 8:30 a.m. on Tuesday, December 6, 2005.

DONE AND ORDERED this 29th day of November, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge