**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                    **CASE NO. 4:05cr31-SPM**

**IZELL TYRONE BOOTH, JR.,**

     **Defendant.**

_____/

## REPORT AND RECOMMENDATION

     Defendant proposed to enter a guilty plea to Count One and Two of this indictment. The district judge referred this matter to me for purposes of hearing Defendant's proposed change of plea pursuant to Fed.R.Crim.P. 11 and to enter a report and recommendation as to whether to accept the change of plea. All parties consented to this procedure, and the written consent has been entered.

     After hearing, it is found that Defendant does not clearly admit that he possessed the firearm that is the subject of count one, and he clearly denies that he possessed the marijuana that is the subject of count two with intent to distribute. My findings are more particularly stated on the record, and a transcript of those findings will be filed.

Accordingly, it is **RECOMMENDED** that the court **REJECT** defendant's offer of a plea of guilty to counts one and two and set the case for trial.

**IN CHAMBERS** at Tallahassee, Florida, on December 2, 2005.

s/  William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 24 hours after receiving a copy of this report and recommendation.**