IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 4:05cr31-SPM

IZELL TYRONE BOOTH, JR.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the defendant, **IZELL TYRONE BOOTH, JR.**, to Counts One and Two of the indictment is hereby **REJECTED.**

**DONE AND ORDERED** this 9th day of December, 2005, *nunc pro tunc* December 5, 2005.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge