IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                              CASE NO.: 4:05cr31-SPM

IZELL TYRONE BOOTH, JR.,

      Defendant.
_____/

### ORDER DENYING REQUEST FOR HALFWAY HOUSE PLACEMENT

This cause comes before the Court for consideration of Defendant Booth's request, dated March 6, 2006, to serve his remaining term of imprisonment in a half way house. The request has been treated as a pro se motion (doc. 54). Defendant's assignment to any particular institution or program is a matter within the discretion of the Bureau of Prisons. Defendant may speak to a counselor at his institution about the options available to him. The Court, however, cannot designate any particular institution or program. Accordingly, it is

ORDERED AND ADJUDGED that Defendant Booth's pro se motion (doc. 54) is denied.

DONE AND ORDERED this 11th day of April, 2006.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge